

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-82,046-01

**EX PARTE TIMOTHY GISH, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 64502-A IN THE 23RD DISTRICT COURT
## FROM BRAZORIA COUNTY

**YEARY, J., filed a dissenting opinion.**

### <u>DISSENTING OPINION</u>

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: February 24, 2016
DO NOT PUBLISH